905 A.2d 916

AMERICAN FEDERATION OF STATE, County and Municipal Employees, Council 13, AFL–CIO, through its Trustee ad litem, David Fillman; Bruce Facer, Leroy Robinson, and Gabe White, in their own behalf and in behalf of a class of Employees of the Commonwealth of Pennsylvania Department of Corrections; and Phil Formicola and Philip Carroll, in their own behalf and in behalf of a class of Employees of the Commonwealth of Pennsylvania Board of Probation and Parole

v.

COMMONWEALTH of Pennsylvania; Edward G. Rendell, Governor of the Commonwealth of Pennsylvania; Jeffrey A. Beard, Secretary, Department of Corrections; Benjamin A. Martinez, Chairman, Board of Probation and Parole; Vicki L. Phillips, Secretary, Department of Education; Michael J. Masch, Secretary, Office of the Budget; Robert P. Casey, Jr., Auditor General; Barbara Hafer, Treasurer; and Sandra Feigley, in her personal capacity and in her capacity as Chief Executive Officer and Publisher of www.prisoners.com; and www.prisoners. com, Appeal of American Federation of State, County and Municipal Employees, Council 13, AFL–CIO.

Supreme Court of Pennsylvania.

Aug. 22, 2006.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is hereby AFFIRMED.

Justices NEWMAN and BAER dissent.